**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Concord Energy LLC, a Colorado limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Wightwolf Ventures, LLC, a New Mexico limited liability company, and Richard Wightman, | ) ) ) ) | |
| | ) | Case No. 4:14-cv-146 |
| Defendants. | ) | |

Before the court is a motion for attorney Anthony L. Leffert to appear *pro hac vice* on

defendants' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Anthony L. Leffert has

affirmed to submit to the Local Rules of the United States District Court for the District of North

Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required

admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 6) is **GRANTED**.

Attorney Anthony L. Leffert is admitted to practice before this court in the above-entitled action on

behalf of defendants.

**IT IS SO ORDERED.**

Dated this 24th day of November, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge