# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Concord Energy, LLC, a Colorado limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION** **PRO HAC VICE** |
| vs. | ) ) | |
| Wightwolf Ventures, LLC, a New Mexico limited liability company and Richard Wightman, | ) ) ) ) | |
| | ) | Case No. 4:14-cv146 |
| Defendants. | ) | |

Before the court is a motion for attorney R. Livingston Keithley to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney R. Livingston Keithley has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 11) is **GRANTED**. Attorney R. Livingston Keithley is admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 11th day of December, 2014.

                                                      */s/ Charles S. Miller, Jr.*
                                                      Charles S. Miller, Jr.
                                                      United States Magistrate Judge