# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Concord Energy, LLC, a Colorado limited liability company, | ) ) ) **ORDER** |
| Plaintiff, | ) ) |
| vs. | ) ) |
| Wightwolf Ventures, LLC, a New Mexico limited liability company, and Richard Wightman, | ) ) ) Case No. 4:14-cv-146 |
| Defendants. | ) ) |

The court held status conference with the parties on October 5, 2015, by telephone. Pursuant to its discussions with the parties, the court **ORDERS**:

(1) The parties shall have until October 15, 2015, to complete discovery and file discovery motions.

(2) The parties shall have until November 1, 2015, to file other dispositive motions (summary judgement as to all or part of the case).

(3) The final pretrial conference set for February 16, 2016, shall be rescheduled for May 3, 2016, at 2:30 p.m. CT by telephone.

(4) The trial set for February 29, 2016, shall be rescheduled for May 16, 2016, at 1:30 p.m. in Bismarck before Judge Hovland. A five (5) day trial is anticipated.

Dated this 5th day of October, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court