## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| Concord Energy, LLC, a Colorado limited liability company, | )<br>)<br>) |
| Plaintiff, | )  **ORDER**<br>) |
| vs. | )<br>) |
| Wightwolf Venture, LLC, a New Mexico limited liability company, and Richard Wightman, | )<br>)<br>)  Case No. 4:14-cv-146 |
| Defendants. | )<br>) |

On August 21, 2015, defendants filed a "Motion for Protective Order and Motion to Quash Subpoena Duces Tecum." In a status conference with the parties on August 25, 2015, plaintiff advised that it was withdrawing its "Notice of Deposition and Intent to Serve Subpoena Duces Tecum" that was the subject of defendant's motions. Accordingly, the court deems defendants' motions (Docket Nos. 22 and 27) **MOOT**.

**IT IS SO ORDERED.**

Dated this 7th day of October, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court