# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Concord Energy, LLC, a Colorado Limited Liability Company, | ) ) ) |
| Plaintiff | ) ) ) |
| vs. | ) ) |
| Wightwolf Ventures, LLC, a New Mexico Limited Liability Company, and Richard Wightman, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER CONTINUING TRIAL AND FINAL PRETRIAL CONFERENCE**

Case No. 4:14-cv-146

The trial in this case was noticed as a jury trial scheduled to commence on May 16, 2016. On March 30, 2016, Judge Hovland held a status conference with the parties. Pursuant to the parties discussions, it is **ORDERED** the trial shall be rescheduled as a bench trial before Judge Hovland on November 7, 2016, at 9:00 a.m. A three (3) day trial is anticipated. The final pretrial conference scheduled for May 3, 2016, before the undersigned shall be rescheduled for October 25, 2016, at 2:30 p.m. by telephone. The court shall initiate the conference call.

Dated this 30th day of March, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court